# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| EDWARD WEAVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-CV-127-RWS |
| | ) | |
| DR. PHILLIP TIPPON, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file following plaintiff Edward Weaver's filing of his amended complaint. For the following reasons, the Court will order the Clerk of Court to issue process on the amended complaint.

On August 5, 2019, plaintiff filed his original complaint, naming as defendants Alana Boyles and Corizon Health. He alleged his hepatitis C ("HCV") was not properly treated at Southeast Correctional Center ("SECC"), and as a result, he suffered an acute illness for which he spent a week in severe pain the SECC's intensive care unit. His original complaint alleged that his treating physician requested that plaintiff be approved for medical treatment at an outside medical facility, but this request was denied. On initial review under 28 U.S.C. § 1915, the Court dismissed defendants Boyles and Corizon Health because plaintiff had not alleged these defendants were responsible for any alleged denial of medical treatment. The Court ordered plaintiff to file an amended complaint, naming as defendants those individuals who were deliberately indifferent to his serious medical needs.

On January 30, 2020, plaintiff filed his amended complaint against defendant Dr. Phillip Tippon. Plaintiff's amended complaint contains the same allegations regarding defendant's failure to properly treat his HCV, the inadequate care and treatment he received in SECC's ICU, and the

denial of outside medical attention. Liberally construed on initial review under 28 U.S.C. § 1915, the Court finds that plaintiff's amended complaint sufficiently states a claim for deliberate indifference to a serious medical need in violation of the Eighth Amendment. The Court will order the Clerk of Court to issue process on the amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall issue process or cause process to issue upon the amended complaint, pursuant to the service agreement the Court maintains with Corizon, as to Dr. Phillip Tippon in his individual capacity.

Dated this 5th day of February, 2020.

                                           RODNEY W. SIPPEL
                                           UNITED STATES DISTRICT JUDGE