# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| EDWARD WEAVER, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:19-CV-00127-RWS ) |
| CORIZON, LLC, et al. | ) ) ) |
|       Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

COMES NOW, Plaintiff Edward Weaver ("Plaintiff") and Defendant Corizon, LLC (the Plaintiff and Corizon, LLC jointly the "Parties") and hereby stipulate to the dismissal of the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: December 3, 2021                                   Respectfully Submitted,

/s/ William R. Lunsford
William R. Lunsford (pro hac vice)
**Maynard, Cooper & Gale, P.C.**
655 Gallatin Street, S.W.
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com

*Attorney for Corizon, LLC*

/s/ Philip A. Cantwell
James G. Martin, #33586
Philip A. Cantwell, #65505
**Dowd Bennett LLP**
7733 Forsyth Boulevard, Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
jmartin@dowdbennett.com
pcantwell@dowdbennett.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2021 the foregoing *Joint Stipulation of Dismissal* was filed using the CM/ECF system which will automatically provide notice to all attorneys of record by electronic means.

/s/ Philip A. Cantwell